UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BLUE BAY VENTURES LLC,

    Plaintiff,

    v.

JOHN BUYS BAY HOMES LLC, et al.,

    Defendants.

Case No. 24-cv-07146-TSH

**ORDER RE: MOTION FOR SUMMARY JUDGMENT BRIEFING DEADLINES**

Re: Dkt. No. 27

Pending before the Court is Defendants' motion for summary judgment, filed February 17, 2026. ECF No. 27. Under Civil Local Rule 7, any opposition to Defendants' motion was to be filed "not more than 14 days after the motion was filed." Civ. L.R. 7-3(a). Despite this, Plaintiff filed its opposition one day late on March 4, stating: "The Law offices of Steffanie Stelnick would like to apologize to the Court for the delayed filing of this motion, it was mistakenly calendared for 21 days prior to the hearing." Opp'n at 1, ECF No. 37.

"A Court order is required for any enlargement or shortening of time that alters an event or deadline already fixed by Court order or that involves papers required to be filed or lodged with the Court." Civ. L.R. 6-1(b). Although Plaintiff did not seek an extension, the Court finds it preferable to resolve cases on their merits rather than based on procedural technicalities to the extent possible. *See Aki v. Univ. of California Lawrence Berkeley Nat'l Lab'y*, 74 F. Supp. 3d 1163, 1174 (N.D. Cal. 2014) (declining to strike declaration filed one day late because "Plaintiff has proffered an excuse for why the affidavit was late, and because Defendant has not shown how this minor delay has prejudiced its position"); *Cai v. Fishi Cafe, Inc.,* 2007 WL 2781242, at *1 n. 2 (N.D. Cal. Sept. 20, 2007) ("Although the opposition and declaration were filed one day late without an explanation, the Court declines to strike them for that reason, particularly since

United States District Court
Northern District of California

Defendants have shown no prejudice as a result of the late filing."). As such, the Court shall exercise its discretion and consider Plaintiff's opposition. To avoid any prejudice to Defendants, the Court **EXTENDS** the deadline for Defendants to file a reply to March 12, 2026.

**IT IS SO ORDERED.**

Dated: March 5, 2026

THOMAS S. HIXSON
United States Magistrate Judge

United States District Court
Northern District of California

2